Civil Action Cover Sheet - Case Initiation                     (05/27/16) CCL 0520

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

FILED
8/4/2020 10:36 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
9985251

Malik Carmichael

v.

Kevin Pritchett & Buchheit Trucking Service, Inc.

No. _____ 2020L008170 _____

*FILED DATE: 8/4/2020 10:36 AM    2020L008170*

### CIVIL ACTION COVER SHEET - CASE INITIATION

A Civil Action Cover Sheet - Case Initiation shall be filed with the complaint in all civil actions. The information contained herein is for administrative purposes only and cannot be introduced into evidence. Please check the box in front of the appropriate case type which best characterizes your action. Only one (1) case type may be checked with this cover sheet.

Jury Demand ☐ Yes ☑ No

(FILE STAMP)

### PERSONAL INJURY/WRONGFUL DEATH
CASE TYPES:
- ☑ 027 Motor Vehicle
- ☐ 040 Medical Malpractice
- ☐ 047 Asbestos
- ☐ 048 Dram Shop
- ☐ 049 Product Liability
- ☐ 051 Construction Injuries
  (including Structural Work Act, Road Construction Injuries Act and negligence)
- ☐ 052 Railroad/FELA
- ☐ 053 Pediatric Lead Exposure
- ☐ 061 Other Personal Injury/Wrongful Death
- ☐ 063 Intentional Tort
- ☐ 064 Miscellaneous Statutory Action
  (Please Specify Below**)
- ☐ 065 Premises Liability
- ☐ 078 Fen-phen/Redux Litigation
- ☐ 199 Silicone Implant

### TAX & MISCELLANEOUS REMEDIES
CASE TYPES:
- ☐ 007 Confessions of Judgment
- ☐ 008 Replevin
- ☐ 009 Tax
- ☐ 015 Condemnation
- ☐ 017 Detinue
- ☐ 029 Unemployment Compensation
- ☐ 031 Foreign Transcript
- ☐ 036 Administrative Review Action
- ☐ 085 Petition to Register Foreign Judgment
- ☐ 099 All Other Extraordinary Remedies

### COMMERCIAL LITIGATION
CASE TYPES:
- ☐ 002 Breach of Contract
- ☐ 070 Professional Malpractice
  (other than legal or medical)
- ☐ 071 Fraud (other than legal or medical)
- ☐ 072 Consumer Fraud
- ☐ 073 Breach of Warranty
- ☐ 074 Statutory Action
  (Please specify below.**)
- ☐ 075 Other Commercial Litigation
  (Please specify below.**)
- ☐ 076 Retaliatory Discharge

### OTHER ACTIONS
CASE TYPES:
- ☐ 062 Property Damage
- ☐ 066 Legal Malpractice
- ☐ 077 Libel/Slander
- ☐ 079 Petition for Qualified Orders
- ☐ 084 Petition to Issue Subpoena
- ☐ 100 Petition for Discovery

** _____

_____

Primary Email: mark@thehorwitzlawgroup.com _____

Secondary Email: _____

Tertiary Email: _____

By: _Kirby A. Scaffer_ _____
(Attorney)                          (Pro Se)

**Pro Se Only:** ☐ I have read and agree to the terms of the *Clerk's Office Electronic Notice Policy* and choose to opt in to electronic notice form the **Clerk's Office** for this case at this email address: _____

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

FILED
8/4/2020 10:36 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL

FILED DATE: 8/4/2020 10:36 AM     2020L008170

STATE OF ILLINOIS       )
                     ) SS
COUNTY OF COOK      )

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY, ILLINOIS

| | |
|---|---|
| MALIK CARMICHAEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2020L008170 |
| v. ) | NO. |
| ) | |
| KEVIN PRITCHETT, Individually and as Servant ) | |
| and Agent of BUCHHEIT TRUCKING SERVICE, ) | |
| INC., and BUCHHEIT TRUCKING SERVICE, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

## COMPLAINT AT LAW

NOW COMES the plaintiff, MALIK CARMICHAEL, by and through his attorneys, The Horwitz Law Group, P.C., and in support of his Complaint at Law against the defendants, KEVIN PRITCHETT, Individually and as Servant and Agent of BUCHHEIT TRUCKING SERVICE, INC., and BUCHHEIT TRUCKING SERVICE, INC., states as follows:

## COUNT I (MALIK CARMICHAEL v. KEVIN PRITCHETT)
## Negligence

1.      At all relevant times stated herein, Plaintiff MALIK CARMICHAEL was a resident of the Village of Plainfield, County of Will, State of Illinois.

2.      At all relevant times stated herein, Defendant KEVIN PRITCHETT, individually and as servant and agent of BUCHHEIT TRUCKING SERVICE, INC., was a resident of the City of Farmington, County of St. Francois, State of Missouri.

FILED DATE: 8/4/2020 10:36 AM    2020L008170

3.    On August 17, 2018, Plaintiff MALIK CARMICHAEL was operating a vehicle and traveling northbound, in the right lane, along and upon North Hickory Street at or near its intersection with West Jefferson Street, in the City of Joliet, County of Will, State of Illinois.

4.    On August 17, 2018, Defendant KEVIN PRITCHETT, individually and as servant and agent of BUCHHEIT TRUCKING SERVICE, INC., was operating and controlling a semitruck and traveling northbound, in the left lane, along and upon North Hickory Street at or near its intersection with West Jefferson Street, in the City of Joliet, County of Will, State of Illinois.

5.    On August 17, 2018, Defendant KEVIN PRITCHETT, individually and as servant and agent of BUCHHEIT TRUCKING SERVICE, INC., attempted to make a right turn from the left lane at or near the intersection of North Hickory Street and West Jefferson Street in the City of Joliet, County of Will, State of Illinois.

6.    At the aforesaid time and place, Defendant KEVIN PRITCHETT, individually and as servant and agent of BUCHHEIT TRUCKING SERVICE, INC., owed a duty to exercise reasonable care in the ownership, operation and control of the semitruck which he was driving, which included a duty to obey the Illinois Vehicle Code.

7.    In violation of the aforementioned duty, Defendant KEVIN PRITCHETT, individually and as servant and agent of BUCHHEIT TRUCKING SERVICE, INC., committed one or more of the following acts and/or omissions:

    (a)    failed to keep a proper lookout for vehicles in his path of travel;

    (b)    failed to stop his semitruck when reasonably necessary to do so in order to avoid a collision with the vehicle driven by Plaintiff MALIK CARMICHAEL;

FILED DATE: 8/4/2020 10:36 AM   2020L008170

(c)     operated his semitruck at an excessive rate of speed, such that he was unable to control and/or stop his vehicle to avoid striking the vehicle driven by Plaintiff MALIK CARMICHAEL;

(d)     failed to sound his horn when reasonably necessary to do so in order to warn other vehicles of his approach;

(e)     failed to take evasive action when reasonably necessary to do so in order to avoid a collision with the vehicle driven by Plaintiff MALIK CARMICHAEL;

(f)     failed to yield the right of way to vehicles going straight when attempting to make a right turn;

(g)     improperly attempted to make a right turn at or near the intersection from the left lane;

(h)     failed to use the turn signal of his semitruck; and,

(i)     was otherwise careless and/or negligent.

7.      As a direct and proximate result of the aforementioned negligent acts and/or omissions committed by Defendant KEVIN PRITCHETT, individually and as servant and agent of BUCHHEIT TRUCKING SERVICE, INC., the semitruck driven by  Defendant KEVIN PRITCHETT was caused to and did strike the vehicle driven by Plaintiff, MALIK CARMICHAEL.

8.      As a further direct and proximate result of the aforementioned collision, Plaintiff MALIK CARMICHAEL, sustained serious, painful and permanent personal injury, incurred medical expenses in relation to same, lost time and income from work, and sustained a loss of a normal life, and will continue to in the future.

WHEREFORE, Plaintiff MALIK CARMICHAEL prays that this Honorable Court enter judgment in his favor and against Defendant KEVIN PRITCHETT, individually and as servant and agent of BUCHHEIT TRUCKING SERVICE, INC., in an amount in excess of the jurisdictional limits, plus costs.

FILED DATE: 8/4/2020 10:36 AM    2020L008170

## COUNT II (MALIK CARMICHAEL v. BUCHHEIT TRUCKING SERVICE, INC.)
### Negligence

1-5.    Plaintiff MALIK CARMICHAEL realleges and incorporates by reference paragraphs 1 through 5 of COUNT I as and for paragraphs 1 through 5 of COUNT II.

6.      At all relevant times stated herein, Defendant BUCHHEIT TRUCKING SERVICE, INC. was a foreign corporation doing business in the State of Illinois.

7.      At all relevant times stated herein, Defendant KEVIN PRITCHETT acted as the authorized agent and/or servant of Defendant BUCHHEIT TRUCKING SERVICE, INC..

8.      At the aforesaid time and place, Defendant BUCHHEIT TRUCKING SERVICE, INC., through its servant and agent, Defendant KEVIN PRITCHETT, owed a duty to exercise reasonable care in the ownership, operation and control of the semitruck which he was driving, which included a duty to obey the Illinois Vehicle Code.

9.      In violation of the aforementioned duty, Defendant BUCHHEIT TRUCKING SERVICE, INC., through its servant and agent, Defendant KEVIN PRITCHETT, committed one or more of the following acts and/or omissions:

      (a)    failed to keep a proper lookout for vehicles in his path of travel;

      (b)    failed to stop his semitruck when reasonably necessary to do so in order to avoid a collision with the vehicle driven by Plaintiff MALIK CARMICHAEL;

      (c)    operated his semitruck at an excessive rate of speed, such that he was unable to control and/or stop his vehicle to avoid striking the vehicle driven by Plaintiff MALIK CARMICHAEL;

      (d)    failed to sound his horn when reasonably necessary to do so in order to warn other vehicles of his approach;

      (e)    failed to take evasive action when reasonably necessary to do so in order to avoid a collision with the vehicle driven by Plaintiff MALIK CARMICHAEL;

FILED DATE: 8/4/2020 10:36 AM  2020L008170

    (f)      failed to yield the right of way to vehicles going straight when attempting to make a right turn;

    (g)      improperly attempted to make a right turn at or near the intersection from the left lane;

    (h)      failed to use the turn signal of his semitruck; and,

    (i)      was otherwise careless and/or negligent.

10.    As a direct and proximate result of the aforementioned negligent acts and/or omissions committed by Defendant BUCHHEIT TRUCKING SERVICE, INC., through its servant and agent, Defendant KEVIN PRITCHETT, the semitruck driven by Defendant KEVIN PRITCHETT was caused to and did strike the vehicle being driven by Plaintiff MALIK CARMICHAEL.

11.    As a further direct and proximate result of the aforementioned collision, Plaintiff MALIK CARMICHAEL sustained serious, painful and permanent personal injury, incurred medical expenses in relation to same, lost time and money from work, sustained a loss of a normal life, and will continue to in the future.

WHEREFORE, Plaintiff MALIK CARMICHAEL prays that this Honorable Court to enter judgment in his favor and against Defendant BUCHHEIT TRUCKING SERVICE, INC., in an amount in excess of the jurisdictional limits, plus costs.

Respectfully submitted,

The Horwitz Law Group

By: _____

Lindsey A. Seeskin

The Horwitz Law Group
20 N. Clark Street, Suite 3300

5

FILED DATE: 8/4/2020 10:36 AM 2020L008170

Chicago, IL 60602
(312) 641-9200
Attorney No. 28423

FILED
8/4/2020 10:36 AM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L008170

FILED DATE: 8/4/2020 10:36 AM   2020L008170

**Certification of Damages**

Lindsey A. Seeskin, one of the attorneys for the plaintiff, certifies that she has reviewed the damages aspect of this case, both with respect to economic and non-economic losses, and that in her opinion, the damages sustained are in excess of $50,000.00.

_____

Lindsey A. Seeskin